VENABLE LLP
Lawrence A. Katz, Esq.
8010 Towers Crescent Drive, Suite 300
Vienna, Virginia  22182
Telephone:   (703) 760-1600
Facsimile:    (703) 821-8949
lakatz@venable.com

*Counsel for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **ROBERT A. MACKENZIE**, **TRUSTEE OF THE BANKRUPTCY ESTATE OF WAVO CORPORATION** | |
| Plaintiff, | Case No. CV-08-1737-PHX-GMS |
| v. | **JOINT STIPULATION OF DISMISSAL** |
| **LEONARD, COLLINS AND GILLESPIE, P.C., et al.,** | |
| Defendants. | |

The Parties, by and through their respective undersigned counsel, hereby stipulate to the dismissal of this case with prejudice, with each Party bearing its own costs and attorneys' fees.

RESPECTFULLY SUBMITTED this 27th day of May, 2010.

          **VENABLE LLP**

By:  */s/ Lawrence A. Katz*
      Lawrence A. Katz
      8010 Towers Crescent Drive, Suite 300
      Vienna, Virginia  22182
      Telephone:   (703) 760-1600
      Facsimile:    (703) 821-8949

# 298254
33725-164876

**DANA LAW, L.L.C.**

By: */s/ Michael K. Dana*
Michael K. Dana
40 N Central Ave., Suite 1400
Phoenix, AX 85004-1843

*Attorneys for Plaintiff*

**GRASSO LAW FIRM, P.C.**

By: */s/ Robert Grasso, Jr. (w/permission)*
Robert Grasso, Jr.
Kim S. Alvarado
2430 West Ray Road, Suite 3
Chandler, AZ  85224

*Attorney for Defendants
Lucia Stark Williamson LLP (now known as
Stark Williamson & Clausen LLP); Curt W.
Clausen; Julie Clausen; and Charleen M. Lucia
individually and as the Personal Representative
of the Estate of Anthony Lucia*

**SNELL & WILMER L.L.P.**

By: */s/ Amy M. Samberg (w/permission)*
Amy M. Samberg
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630

Adam Elliott Lang
1 Arizona Center
400 East Van Buren
Phoenix, AZ 85004

*Attorney for Defendant Treon Strick Lucia and
Aguirre, P.A.*

**UDALL LAW FIRM, LLP**

By: <u>*/s/ Peter Akmajian (w/permission)*</u>
Peter Akmajian
Michele Thompson
4801 E. Broadway Blvd., Suite 400
Tucson, AZ 85711

*Attorney for Defendants*
*Daniel P. Collins; Roseanne K. Collins;*
*Leonard, Collins and Gillespie, P.C.; and*
*Collins, May, Potenza, Baran & Gillespie*

**RENAUD COOK DRURY MESAROS, P.A.**

By: <u>*/s/ Richard Harris Goldberg (w/permission)*</u>
Richard Harris Goldberg
One North Central Avenue, Suite 900
Phoenix, AZ  85004

*Attorney for Defendants Whitten Berry, PLLC;*
*Treon, Whitten and Berry, PLLC; Christopher*
*J. Berry; and Jean Ann Berry*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of May, 2010, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Michael K. Dana
DANA Law, L.L.C.
40 N Central Ave., Suite 1400
Phoenix, AX 85004-1843
    Attorney for Plaintiff

Robert Grasso, Jr.
Kim S. Alvarado
GRASSO LAW FIRM, P.C.
2430 West Ray Road, Suite 3
Chandler, AZ 85224
    Attorney for Defendants Lucia Stark Williamson LLP; Curt W. Clausen; Julie Clausen; and Charleen M. Lucia individually and as the Personal Representative of the Estate of Anthony Lucia

Amy M. Samberg
SNELL & WILMER L.L.P.
One South Church Avenue, Suite 1500
Tucson, AZ 85701-1630
    Attorney for Defendant Treon Strick Lucia and Aguirre, P.A.

Adam Elliott Lang
Cory L. Braddock
Snell & Wilmer, L.L.P.
1 Arizona Center
400 East Van Buren
Phoenix, AZ 85004
    Attorneys for Defendant Treon Strick Lucia and Aguirre, P.A.

Peter Akmajian
Michele Thompson
UDALL LAW FIRM, LLP
4801 E. Broadway Blvd., Suite 400
Tucson, AZ 85711
    Attorney for Defendants Daniel P. Collins; Roseanne K. Collins; Leonard, Collins and Gillespie, P.C.; and Collins, May, Potenza, Baran & Gillespie

- 5 -

    Richard H. Goldberg
    RENAUD COOK DRURY MESAROS, PA
    One North Central, Suite 900
    Phoenix, AZ  85004
        Attorney for Defendants Whitten Berry, PLLC; Treon, Whitten and Berry, PLLC; Christopher J. Berry; and Jean Ann Berry

                            */s/ Lawrence A Katz*
                            Lawrence A. Katz